**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re The State of Texas Ex Rel. Kim Ogg

Appellate case number:   01-22-00364-CR

Trial court case number:  1758852

Trial court:              339th District Court of Harris County

Relator The State of Texas ex rel. Kim Ogg has filed a petition for writ of mandamus, challenging the trial court's orders granting return of seized property signed on February 21, 2022 and March 1, 2022. Relator has also filed a motion for emergency relief.

On March 2, 2022, this Court granted a motion for emergency relief filed by the State in appeal number 01-22-00157-CR, in which the State appeals the same orders challenged in this mandamus. The Court issued an order staying the trial court's orders and all trial court proceedings. Although the trial court's orders and trial court proceedings are stayed by the order issued in appellate case number 01-22-00157-CR, relator asks that we also issue a stay of proceedings in this original proceeding to ensure that a stay remains in effect if we decide to rule against the State in the appeal.

The Court **grants** the motion for emergency relief. The trial court's orders of February 21, 2022 and March 1, 2022, and all trial court proceedings, are **stayed until this petition for writ of mandamus is disposed or until further order of this Court.**

The Court requests a response from real party in interest, Robert Gault, to relator's petition for writ of mandamus to be filed **within 30 days of the date of this order**.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
             ☑ Acting individually    ☐ Acting for the Court


Date: ___May 19, 2022_____